IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SEAN MICHAEL HILL III,<br><br>    Plaintiff,<br><br> vs.<br><br>DEPARTMENT OF GOVERNMENT EFFICIENCY, advisory committee to the Office of Management and Budget; OFFICE OF MANAGEMENT AND BUDGET, OFFICE OF PERSONNEL MANAGEMENT, EXECUTIVE OFFICE OF THE PRESIDENT, ELON MUSK, in his official capacity as Co-Chair of the Department of Governmental Efficiency; VIVEK RAMASWAMY, in his official capacity as Co-Chair of the Department of Government Efficiency; RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget; SCOTT KUPOR, in his official capacity as Director of the Office of Personnel Management; and DONALD J. TRUMP, in his official capacity as President of the United States;<br><br>    Defendants. | **8:25CV56**<br><br>**MEMORANDUM AND ORDER** |

  Plaintiff Sean Michael Hill III, a non-prisoner, filed a *pro se* Complaint, Filing No. 1, and a Motion for Leave to Proceed in Forma Pauperis, Filing No. 2, on February 10, 2025. Upon review of Plaintiff's Motion, the Court finds that Plaintiff is financially eligible to proceed in forma pauperis.

Additionally, on March 10, 2025, attorney Thomas C. Dorwart entered an appearance as counsel for Plaintiff. As Plaintiff is now represented by counsel, the Court will direct the Clerk's office to remove this case from the pro se docket and assign new judges. *See* Gen. Order No. 2025-01, ¶ 5.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion for Leave to Proceed in Forma Pauperis, Filing No. 2, is granted, and the Complaint shall be filed without payment of fees.

2. Plaintiff is now represented by counsel. At the direction of the Court, this case is removed from the pro se docket. The Clerk's office shall randomly assign new judges to this case and shall request a reassignment order from the Chief Judge.

Dated this 17th day of March, 2025.

BY THE COURT:

*[signature: John M. Gerrard]*

John M. Gerrard
Senior United States District Judge