IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SEAN MICHAEL HILLIII,<br><br>Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF GOVERNMENT EFFICIENCY, advisory committee to the Office of Management and Budget; OFFICE OF MANAGEMENT AND BUDGET, OFFICE OF PERSONNEL MANAGEMENT, EXECUTIVE OFFICE OF THE PRESIDENT, ELON MUSK, in his official capacity as Co-Chair of the Department of Governmental Efficiency; VIVEK RAMASWAMY, in his official capacity as Co-Chair of the Department of Government Efficiency; RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget; SCOTT KUPOR, in his official capacity as Director of the Office of Personnel Management; and DONALD J. TRUMP, in his official capacity as President of the United States;<br><br>Defendants. | **8:25CV56**<br><br>**ORDER** |

1) The motion to withdraw filed by Thomas C. Dorwart as counsel of record for Plaintiff, Filing No. 22, is granted.

2) The Clerk of the Court is direct to update Plaintiff's contact information to the following:

Sean Michael Hill
8790 F St. Suite 702
Omaha, NE 68127

3) On or before October 8, 2025, Plaintiff shall either: (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of his intent to litigate this case without the assistance of counsel. The failure to do so may result in dismissal of Plaintiff's claims without further notice.

4) A copy of this Order shall be mailed to the Plaintiff at the address listed above.

Dated this 17th day of September, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge