IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SEAN MICHAEL HILLIII, | |
| Plaintiff, | 8:25CV56 |
| vs. | |
| | **ORDER TO SHOW CAUSE** |
| DEPARTMENT OF GOVERNMENT EFFICIENCY, advisory committee to the Office of Management and Budget; OFFICE OF MANAGEMENT AND BUDGET, OFFICE OF PERSONNEL MANAGEMENT, EXECUTIVE OFFICE OF THE PRESIDENT, ELON MUSK, in his official capacity as Co-Chair of the Department of Governmental Efficiency; VIVEK RAMASWAMY, in his official capacity as Co-Chair of the Department of Government Efficiency; RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget; SCOTT KUPOR, in his official capacity as Director of the Office of Personnel Management; and DONALD J. TRUMP, in his official capacity as President of the United States; | |
| Defendants. | |

Pursuant to the court's rules, a complaint must be served within 90 days of filing the lawsuit. Plaintiff has not filed a return of service indicating service on any Defendant, and Defendants have not voluntarily appeared.

Accordingly,

IT IS ORDERED that plaintiff shall have until October 20, 2025 to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 6th day of October, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge