IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SEAN MICHAEL HILLIII, | |
| Plaintiff, | 8:25CV56 |
| vs. | |
| | ORDER |
| DEPARTMENT OF GOVERNMENT EFFICIENCY, advisory committee to the Office of Management and Budget; OFFICE OF MANAGEMENT AND BUDGET, OFFICE OF PERSONNEL MANAGEMENT, EXECUTIVE OFFICE OF THE PRESIDENT, ELON MUSK, in his official capacity as Co-Chair of the Department of Governmental Efficiency; VIVEK RAMASWAMY, in his official capacity as Co-Chair of the Department of Government Efficiency; RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget; SCOTT KUPOR, in his official capacity as Director of the Office of Personnel Management; and DONALD J. TRUMP, in his official capacity as President of the United States; | |
| Defendants. | |

On October 6, 2025, the Court issued an Order to Show Cause directing Plaintiff to show cause why this case should not be dismissed pursuant to Federal

Rule of Civil Procedure 4(m). *See* Filing No. 25. Plaintiff filed a response that same day purporting to show service on three defendants. Filing No. 26. Upon review, the Court finds Plaintiff has failed to properly serve any of the defendants.[1] Specifically, as Plaintiff is suing United States agencies and employees, he must comply with Federal Rule of Civil Procedure 4(i) which prescribes how to serve the United States and its agencies, corporations, officers, or employees.

The Court will construe Plaintiff's response to the Order to Show Cause as a request for additional time to perfect service. As such, Plaintiff shall serve <u>all</u> Defendants on or before November 10, 2025. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 9th day of October, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge

---

[1] Plaintiff's Complaint names nine defendants but only three summonses have been requested and issued. *See* Filing Nos. 16, 17, 18 and 19.