IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SEAN MICHAEL HILLIII,<br><br>Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF GOVERNMENT EFFICIENCY, advisory committee to the Office of Management and Budget; OFFICE OF MANAGEMENT AND BUDGET, OFFICE OF PERSONNEL MANAGEMENT, EXECUTIVE OFFICE OF THE PRESIDENT, ELON MUSK, in his official capacity as Co-Chair of the Department of Governmental Efficiency; VIVEK RAMASWAMY, in his official capacity as Co-Chair of the Department of Government Efficiency; RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget; SCOTT KUPOR, in his official capacity as Director of the Office of Personnel Management; and DONALD J. TRUMP, in his official capacity as President of the United States;<br><br>Defendants. | **8:25CV56**<br><br><br>**ORDER** |

    This matter is before the court on Plaintiff's motion for leave to amend his complaint. Filing No. 33. The Court also construes this filing as a response to the

Court's October 9, 2025 Order to Show Cause. *See* Filing No. 27. Upon review of the docket, Plaintiff is entitled to amend his complaint as a matter of right. *See* Fed. R.Civ.P. 15(a).

The Court also notes that despite repeated efforts Plaintiff has failed to properly serve Defendants under Federal Rules of Civil Procedure 4(i).[1] Upon filing his amended complaint, Plaintiff is directed to complete summons forms for the United States Attorney - District of Nebraska, Attorney General of the United States, <u>and</u> any agency, corporation, officer, or employee named in the amended complaint. *See* Fed.R.Civ.P. 4(i)(2).

Accordingly,

IT IS ORDERED:

1. Plaintiff shall file his amended complaint on or before November 17, 2025.
2. Plaintiff shall request and serve the summons together with a copy of his amended complaint on the above-named entities or individuals.
3. Plaintiff shall have until December 8, 2025, to perfect service on Defendant in accordance with Federal Rule of Civil Procedure 4(i).
4. Failing to comply with this order could result in dismissal of this case without further notice.

Dated this 10th day of November, 2025.

BY THE COURT:

<u>s/ Jacqueline M. DeLuca</u>
United States Magistrate Judge

---

[1] It appears Plaintiff is attempting to serve defendants using certified mail. For certified mail service, Plaintiff must request proof of delivery in the form of a return receipt signed by the addressee.