# IN THE DISTRICT COURT NEBRASKA

Sean Michael Hill III,

      Plaintiff,

    vs.

Department of Government Efficiency, et. al.

      Defendants.

Case No. 8:25cv56

**Ex parte application and request for order to shorten time.**

NOW COMES Plaintiff, Sean Michael Hill iii, and moves the Court to shorten the time within which the Defendants has to admit or deny certain facts and issues. For good cause, Plaintiff would show the Court as follows.

### STATEMENT OF FACT

1. Plaintiff realleges paragraphs 87 – 99 of amended complaint. Filing No. 35.
2. On 6 March, 2025, Plaintiff submitted FOIA requests by-right. FOIA statute "establishes a 20 business day deadline for regular requests and appeals, and a 10 calendar day limit for making determinations regarding expedited processing". *29 CFR 7.025*.
3. On 14 January, 2026, Plaintiff received email acknowledgment of "your Freedom of Information Act (FOIA) request to the U.S. Office of Personnel Management (OPM)" from the FOIA Requester Service Center Office of Personnel Management.
4. Plaintiff also received an additional email, "case number was changed from 25-HQ-1024_F to 25-OD-1024-F, by the agency" from OPM Administrator.
5. OPM's response is well outside the required deadline, by statute. *Id.*
6. On 21 January, *The Hill* reported "[M]embers of Musk's Department of Government Efficiency improperly shared social security data through a third party server". Julia Shapero. DOGE improperly shared Social Security data: Filing. The Hill (Jan 21). Available at https://thehill.com/policy/technology/5698598-justice-department-doge-data-sharing/
7. Team embedded at the Social Security Administration (SSA) used Cloudflare, unapproved for storing agency data. The Justice Department told The Hill reporters that the SSA identified actions "potentially outside" agency policy or in violation earlier court order.

8. The Justice Department "believes [shared data] contained personally identifiable information... including the names and addresses of about 1,000 people". *Id.*
9. Upon information and belief, DOGE is wielding substantial authority in a capricious way in pursuit of a personal agenda.
10. Upon information and belief, DOGE's activities are causing ongoing harm.
11. On information and belief, Defendants will continue to disregard court orders, cause irreparable harm, and operate out of compliance with the law.
12. As of writing, deadline for Defendants to respond to amended complaint is 20 February, 2026. Filing No 43.
13. As of writing, Defendants have not responded to initial complaint.
14. On information and belief, Defendants will not respond by deadline.

Therefore,

15. For the speedy application of justice and to reduce further delays, Plaintiff's ex parte application and request for order is submitted on this day, 23 January, 2026.
16. Plaintiff requests that Court enter an Order shortening the time within which the Defendant may respond or serve objections to **five (5) days** from the granting of this Motion.

Respectfully submitted,

*/s/ Sean Michael Hill III*

Sean Michael Hill III

8790 F. St.

STE 702

Omaha, NE 68127

Telephone: (817) 721-1701

Email: docsean.sh@gmail.com