IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SEAN MICHAEL HILL III,

        Plaintiff

vs.

DEPARTMENT OF GOVERNMENT
EFFICIENCY; EXECUTIVE OFFICE OF
THE PRESIDENT; OFFICE OF
MANAGEMENT AND BUDGET; AND
OFFICE OF PERSONNEL MANAGEMENT,

        Defendants.

8:25CV56

DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6), Defendants Department

of Government Efficiency, Executive Office of the President, Office of Management and Budget,

and Office of Personnel Management, move the Court to dismiss this action for lack of jurisdiction

and for failure to state a claim. In support of said Motion, the Court's attention is directed to the

accompanying brief filed herewith.

CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2026, I electronically filed the foregoing with the Clerk
of the Court using the CM/ECF system which sent notification of such filing to all registered
participants. I also hereby certify that a copy of the same was served by regular mail, postage
prepaid, to the following non-CM/ECF participants:

Sean Michael Hill, III
8790 F Street, Ste 702
Omaha, NE 68127

s/ Amanda Phillips Brown
Assistant U.S. Attorney

Respectfully Submitted,

DEPARTMENT OF GOVERNMENT EFFICIENCY; EXECUTIVE OFFICE OF THE PRESIDENT; OFFICE OF MANAGEMENT AND BUDGET; AND OFFICE OF PERSONNEL MANAGEMENT, Defendants

LESLEY A. WOODS
United States Attorney
District of Nebraska


By:   s/ Amanda Phillips Brown
        AMANDA PHILLIPS BROWN, #24526
        Assistant U.S. Attorney
        1620 Dodge Street, Suite 1400
        Omaha, NE  68102-1506
        Tel:  (402) 661-3700
        Fax:  (402) 661-3081
        E-mail:  amanda.brown2@usdoj.gov

2