**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No. 26-2262

Sean Michael Hill, III

Appellant

v.

Department of Government Efficiency, et al.

Appellees

---

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:25-cv-00056-BCB)

---

**MANDATE**

In accordance with the judgment of October 2, 2026, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

November 23, 2026

Clerk, U.S. Court of Appeals, Eighth Circuit